# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:21-M -00215(1,2) |
| | § |
| (1) Normala Nur-Islam | § |
| (2) Trinity Villarreal | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 01, 2021** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I)**
.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On February 1, 2021 the defendants, Normala Nur-Islam and Trinity Villareal both U.S. citizens, were arrested by Border Patrol Agents near Eagle Pass, Texas, within the Western District of Texas, for conspiring to transport 1 illegal alien furthering their illegal entry into the United States. Trinity Villareal admitted in a statement that she conspired with others to pick up an illegal alien for monetary gain. Normala*
**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Olivas, Joey
Border Patrol Agent

02/04/2021                                    at   DEL RIO, Texas
File Date                                          City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE                     Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.　　　　　　　　　　Case Number: DR:21-M -00215(1,2)

(1) Normala Nur-Islam
(2) Trinity Villarreal

**Continuation of Statement of Facts:**

Nur-Islam admitted in a statement that she was going to pick up an illegal alien for a fee of $500 United States dollars. Both defendants knew the person they were transporting from Eagle Pass, Texas to San Antonio, Texas was an illegal alien."

_____　　　_____
Signature of Judicial Officer　　　　　　Signature of Complainant